IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLAS M. CULAFIC, individually, and on behalf of all other Illinois citizens similarly situated, ) ) ) ) | Case No. 23-cv-02550 |
| Plaintiff, ) ) ) | |
| v. ) ) ) | |
| COILPLUS, INC. and AEROTEK, INC., ) ) ) ) | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT AEROTEK, INC.**

NOW COMES the Plaintiff NICOLAS M. CULAFIC ("Plaintiff"), by and through his attorney James C. Vlahakis, and submits this Notice of Voluntary Dismissal as to Defendants AEROTEK, INC. pursuant to FRCP 41(a)(1)(A)(i):

1.  FRCP 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss a defendant (without leave of court or without the consent of the defendant) before the defendant serves an answer or motion for summary judgment.

2.  Defendant AEROTEK, INC. has not answered the Complaint or otherwise filed a motion to summary judgment.

WHEREFORE, Plaintiff voluntarily dismisses Defendant AEROTEK, INC. from this action - without prejudice.

*Counsel for Plaintiff and*
*the putative class members*

/s/ James C. Vlahakis
**Vlahakis Law Group LLC**
20 N. Clark Street, Suite 3300
Chicago IL 60602
312-648-6127 (direct)
jamesv@vlahakislaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 18, 2023, a copy of the above filing was served via the Court's Electronic Filing System notification to all counsel of record. I also certify that I will email a copy of this filing to counsel for AEROTEK, INC., who is listed below:

Danielle M. Kay
Seyfarth Shaw LLP
233 S. Wacker Drive Suite 8000
Chicago, Illinois 60606-6448
Direct: 312-460-5674
dkays@seyfarth.com


*Counsel for Plaintiff and
the putative class members*

*/s/ James C. Vlahakis*
**Vlahakis Law Group LLC**
20 N. Clark Street, Suite 3300
Chicago IL 60602
312-648-6127 (direct)
jamesv@vlahakislaw.com