## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nicolas M. Culafic

                        Plaintiff,

v.                                                     Case No.: 1:23−cv−02550
                                                          Honorable Andrea R. Wood

Coilplus, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 25, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: The parties have informed the Court by email that they have reached an agreement in principle to settle this case. Accordingly, to allow the parties time to finalize their settlement and file dismissal papers, the telephonic initial status hearing set for 7/27/2023 and requirement to file a joint initial status report are stricken. By 8/15/2023, the parties shall file dismissal papers or a short status report explaining their delay in doing so. Mailed notice(smm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.