IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLAS M. CULAFIC, individually, and on behalf of all other Illinois citizens similarly situated, | Case No. 23-cv-02550 |
| Plaintiff, | |
| v. | The Honorable Andrea Wood |
| COILPLUS, INC. and AEROTEK, INC., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES the Plaintiff, NICOLAS M. CULAFIC, individually, and on behalf of all other Illinois citizens similarly situated, and pursuant to FRCP 41(a)(1)(A)(i) states as follows:

1. Defendant Coilplus, Inc. has neither answered or moved for summary judgment.

2. Accordingly, with the consent of Defendant Coilplus, Inc., Plaintiff:

    a. voluntarily dismisses his individual claims against Defendant Coilplus, Inc. with prejudice; and

    b. voluntarily dismisses his putative class action claims against Defendant Coilplus, Inc. without prejudice.

3. Each side to bear their own attorney's fees and costs.

Counsel for Plaintiff

*/s/ James C. Vlahakis*
James C. Vlahakis
**VLAHAKIS LAW GROUP LLC**
20 N. Clark Street, Suite 3300
Chicago, Illinois 60602
jamesv@vlahakislaw.com
312-648-6127